IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
AMARILLO DIVISION

| | | |
|---|---|---|
| MARGARITA HERNANDEZ, PRO SE, | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| v. | § | 2:14-CV-0172-J |
| | § | |
| HEREFORD INDEPENDENT | § | |
| SCHOOL DISTRICT, | § | |
| | § | |
| Defendant. | § | |

**ORDER DENYING PAUPER STATUS AND ORDER OF DISMISSAL**

Plaintiff MARGARITA HERNANDEZ, acting pro se, has filed suit pursuant to Title VII of the Civil Rights Act of 1964, complaining against the above-named defendant and requesting permission to proceed pursuant to Title 28, United States Code, section 1915.

On August 11, 2014, a Report and Recommendation was issued by the United States Magistrate Judge noting the many inconsistencies in plaintiff's February 12, 2014 Application to Proceed in District Court without Prepaying Fees or Costs and supporting Declaration and recommending denial of plaintiff's request for pauper status.

Plaintiff was informed she could utilize the fourteen-day response period to file an amended Application to Proceed in District Court without Prepaying Fees or Costs or she could file objections to the Report and Recommendation.

No objections to the Report and Recommendation and no amended Application to Proceed in District Court without Prepaying Fees or Costs has been filed.  The response period expired August 25, 2014, and no pleading of any sort has been filed since issuance of the Report and Recommendation.

The Court has made an independent examination of the records in this case and has examined the Magistrate Judge's Report and Recommendation. The Court is of the opinion that the Report and Recommendation of the United States Magistrate Judge should be ADOPTED by the United States District Court.

This Court, therefore, does hereby ADOPT the Report and Recommendation of the United States Magistrate Judge in this case.

IT IS THEREFORE ORDERED that plaintiff HERNANDEZ' Application to Proceed in District Court without Prepaying Fees or Costs is DENIED and the instant cause is DISMISSED WITHOUT PREJUDICE.

LET JUDGMENT BE ENTERED ACCORDINGLY.

The Clerk shall send a copy of this Order to plaintiff and to any attorney of record.

It is SO ORDERED.

Signed this the _____ 12th day of September, 2014.

_____
MARY LOU ROBINSON
United States District Judge